AUSA Castillo

**FILED**
February 05, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: kk
DEPUTY

# United States District Court

For the Western District of Texas
Austin Division

United States of America, §
v. §
**Johel Guardado** §
**Aka: X Unknown** §
§
§
§

Case Number: **1:26-MJ-00146**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **January 26, 2026**, in the county of **Travis**, in the Western District of Texas, the defendant, **Johel Guardado**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **January 26, 2026**, the defendant, an alien, was found in the Travis County Jail, in Austin, Texas, within the Western District of Texas**.** A deportation officer lodged a detainer after identifying the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **El Salvador** on or about **January 30**, **2024** and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

#10992

Signature of Complainant (B. Hayman)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me pursuant to Fed. R. Crim P. 4.1 and 4(d)

**February 05, 2026** at Austin, Texas

Date City and State

Mark Lane
United States Magistrate Judge

Name & Title of Judicial Officer Signature of Judicial Officer